UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| This Document Relates to:<br><br>LAUREN DE LISE,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., and BAYER PHARMA AG,<br><br>Defendants. | **Judge David R. Herndon**<br><br>Civil Action No.: 3:10-cv-11604 |

### ORDER GRANTING SUBSTITUTION

**HERNDON, Chief Judge:**

Plaintiff's Motion for Substitution is hereby **GRANTED**.  Debra A. Hughes is hereby substituted in as Plaintiff for the Decedent Lauren De Lise.

SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2013.03.28
15:29:06 -05'00'

**Chief Judge**                                                Date:  March 28, 2013
**United States District Court**